October 2, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

PAUL STEVEN JACOBS, Appellant

NO. 14-13-00442-CV       V.
NO. 14-13-00462-CV

MELISSA ELLEN FIELDS JACOBS, Appellee

_____

These causes, consolidated appeals from the judgments in favor of appellee, Melissa Ellen Fields Jacobs, signed April 10, 2013, were heard on the transcript of the record. We have inspected the record and find no error in the judgments. We order the judgments of the court below **AFFIRMED**.

We order appellant, Paul Steven Jacobs, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.